

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00042-CV

**IN THE INTEREST OF M.X.R. AND M.S.R.**

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-000964-D1
The Honorable Selina Nava Mireles, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Thus, the 180-day deadline in which this court must dispose of this appeal is May 18, 2020. Appellant's amended brief was filed on March 23, 2020. Thus, appellee's brief is due on April 13, 2020. Appellee has filed a motion for extension of time to file appellee's brief, requesting an extension to May 6, 2020. Because of the 180-day deadline in this appeal, appellee's motion is GRANTED IN PART. Appellee's brief is due on April 24, 2020. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will not be granted. If appellee's brief is not filed by the deadline, this appeal will be set for submission without an appellee's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court